# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**CASSANDRA HAYMAN**                                               **PLAINTIFF**

**NO. 3:18CV00199-NBB-JMV**

**NANCY BERRY HILL**
*Commissioner of Social Security*                                     **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the record of this case, the Court finds that the Report and Recommendation ("R&R") of the United States Magistrate Judge dated April 25, 2019, was on that date duly filed; the parties were duly notified; more than fourteen days have elapsed since notice of said R&R; and no objection thereto has been filed or served by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the R&R of the United States Magistrate Judge dated April 25, 2019, is, hereby, approved and adopted as the opinion of the Court.

2. That Plaintiff's motion for attorney fees [19] is granted in part, and the Acting Commissioner is directed to promptly pay Plaintiff $3,626.34 in attorney fees for the benefit of her counsel.

This, the 16th day of May, 2019.

                                                                     /s/ Neal Biggers
                                                                     U. S. DISTRICT JUDGE