IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CASSANDRA HAYMAN**                                                  **PLAINTIFF**

                                                             **NO. 3:18CV00199-NBB-JMV**

**NANCY BERRYHILL**
*Commissioner of Social Security*                                   **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

Upon consideration of the record of this case, the Court finds that the Report and Recommendations ("R&R") of the United States Magistrate Judge dated May 11, 2020, was on that date filed; the parties were duly notified; more than fourteen days have elapsed since notice of said R&R; and no objection thereto has been filed by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the R&R of the United States Magistrate Judge dated May 11, 2020, is, hereby, approved and adopted as the opinion of the Court.

2. That Plaintiff's motion [25] for an award of attorney fees is GRANTED, and Plaintiff is, hereby, awarded $3,405.11 in attorney fees.

3. That Plaintiff's counsel is not required to refund the prior EAJA fee award to Plaintiff.

This, the 4th day of June, 2020.

                                                           /s/ Neal Biggers
                                                           NEAL B. BIGGERS, JR.
                                                           UNITED STATES DISTRICT JUDGE